IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | | |
|---|---|---|---|---|
| IN RE: | Anita B Carr | § | Case Number: | 08-40557-EDJ-13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND 9010**

PLEASE TAKE NOTICE THAT Capital One Auto Finance hereby gives notice as follows:

Pursuant to Bankruptcy Rule 2002 and 9010, Ascension Capital Group, Inc. hereby requests that:

(i) all notices given or required to be given in the case; and
(ii) all pleadings and correspondence served or required to be served in this case,

regarding Capital One Auto Finance should be directed to Ascension Capital Group, Inc. at the following mailing address effective immediately:

Ascension Capital Group, Inc.
Attn: Capital One Auto Finance Department
Account: 9818973
P.O. Box 201347
Arlington, TX 76006

If applicable, Creditor is successor-in-interest to People First, Inc..

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Erich M. Ramsey
Erich M. Ramsey
Bankruptcy Servicer for Capital One Auto Finance
Ascension Capital Group, Inc.
P.O. Box 201347
Arlington, TX 76006
(817) 277-2011, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 310254

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 21st day of February, 2008.

/s/ Erich M. Ramsey
Erich M. Ramsey

| Trustee: | Company: | Attorney for Debtor: |
|---|---|---|
| Martha G Bronitsky | Capital One Auto Finance | Curt F Hennecke |
| Trustee of the U.S. Bankruptcy Court | 3901 Dallas Parkway | Younger & Hennecke, LLP |
| P.O. Box 5004 | Plano, TX 75093 | 1610 Arden Way #265 |
| Hayward, CA 94540 | | Sacramento, CA 95815 |

US Trustee:
Minnie Loo
Trustee of the U.S. Bankruptcy Court
1301 Clay Street Suite 690N
Oakland, CA 94612