Curt F. Hennecke, Bar No. 217109
**YOUNGER & HENNECKE, LLP**
1610 Arden Way, Suite 265
Sacramento, CA 95815
(916) 564-8100 Telephone
(916) 564-8116 Fax

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re:

**ANITA BEALL CARR,**

    Debtor.

Case No: 08-40557-EDJ13

Chapter 13

**DECLARATION OF ANITA BEALL CARR REGARDING PRIOR FILINGS IN SUPPORT OF CONFIRMATION OF HER CHAPTER 13 PLAN**

I, ANITA BEALL CARR, hereby declare as follows:

1. I am the Debtor in the case herein.

2. I filed a previous Chapter 7 bankruptcy in the Northern District of California, Oakland Division on July 9, 2007 and bearing case number, 07-42118. This case was discharged on November 26, 2007.

3. I filed the Chapter 7 in order to get a fresh start from my credit card debts. I have been unable to work and receiving Social Security benefits for over four years now. Thus I had been relying on my credit cards to make ends meet. I was unable to make the payments on this debt and did a Chapter 7 to be discharged of this overwhelming debt.

4. Now I am filing this present Chapter 13 case in order to save my home. I am behind in the mortgage payments and want to try to save it from foreclosure.

5. I have a pending claim against my private disability insurance carrier for long term disability benefits. This claim has been dragging on for 7 years now. I am expecting a decision in the next couple of months. With the proceeds, I will pay off this plan and become current with the mortgage payments.

6. All that I am asking for is a little time for the decision to be made by the Arbitrator and which will come within sixty to ninety days from now. I will be able to pay off this plan in full with the proceeds of this claim.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 16, 2007 in Dublin, California.

                                                /s/ Anita Beall Carr
                                                Anita Beall Carr, Declarant