Curt F. Hennecke, Bar No. 217109
**YOUNGER & HENNECKE, LLP**
1610 Arden Way, Suite 265
Sacramento, CA 95815
(916) 564-8100 Telephone
(916) 564-8116 Fax

Attorneys for Debtor,
ANITA BEALL CARR

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| **In re:** <br> **ANITA BEALL CARR,** <br> Debtor. | Case No: 08-40557-EDJ13 <br> Chapter 13 <br> **DECLARATION OF FRANK CAFFARATTI RE: CONTRIBUTION IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN.** |

<u>DECLARATION OF FRANK CAFFARATTI</u>

I, FRANK CAFFARATTI, hereby declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts set forth below, and if called upon as a witness, I could and would testify competently thereto.

2. I, Frank Caffaratti reside at 1020 Cantlon Lane, Reno, NV 89520 and I state to the United States Bankruptcy Court for the Northern District of California that I have sufficient income to contribute the sum of $7,200.00 each month to the debtor, and that I will make this contribution each month that the debtor is in bankruptcy.

I am willing to make this contribution because I want help my sister with her expenses and to see my sister's Chapter 13 bankruptcy succeed in order to save her home.

The source of the funds come from my own dental practice, as I am a dentist and have my own business.

I declare under penalty of perjury that the foregoing is true and correct as of this 16th day of April, 2008, in Dublin, California.

/s/ Frank Caffaratti<br>
Frank Caffaratti, Declarant