**Entered on Docket**
July 01, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 30, 2008

_____
**EDWARD D. JELLEN**
**U.S. Bankruptcy Judge**
_____

```
 1  THE ESTLE LAW FIRM
 2  Mark D. Estle, Esq.
    (CA Bar No. 135004)
 3  12520 High Bluff Drive
    Suite 265
 4  San Diego, CA 92129
    Phone (858) 720-0890
 5  Fax (858) 720-0092

 6  Attorney for Movant
    CAPITAL ONE AUTO FINANCE
 7
 8
```

9         **UNITED STATES BANKRUPTCY COURT**

10         **NORTHERN DISTRICT OF CALIFORNIA**

11                  **OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>ANITA BEALL CARR,<br><br>           Debtor (s). | Case No. 08-40557-EDJ<br>Chapter 13<br>RS No. MDE-246<br><br>ORDER ON MOTION FOR RELIEF<br>FROM THE AUTOMATIC STAY<br><br>Date: June 27, 2008<br>Time: 10:00 a.m.<br>Courtroom: 215 |

    Pursuant to the Stipulation of the parties filed on June 27, 2008, as document #28 and, GOOD CAUSE APPEARING, the Stipulation is approved and hereby made an Order of the Court.

                      * * END OF ORDER * *

COURT SERVICE LIST

| | |
|---|---|
| ANITA BEALL CARR<br>11801 BLOOMINGTON WY.<br>DUBLIN, CA 94568 | <u>Debtor</u> |
| CURT F. HENNECKE<br>LAW OFFICES OF YOUNGER AND HENNECKE<br>1610 ARDEN WAY #265<br>SACRAMENTO, CA 95815 | <u>Attorney for Debtor</u> |
| MARTHA G. BRONITSKY<br>P.O. BOX 5004<br>HAYWARD, CA 94540-5004 | <u>Chapter 13 Trustee</u> |
| OFFICE OF THE U.S. TRUSTEE/OAK<br>OFFICE OF THE U.S. TRUSTEE<br>1301 CLAY ST. #690N<br>OAKLAND, CA 94612 | <u>U.S. Trustee</u> |
| Mark D. Estle, Esq.<br>The Estle Law Firm<br>12520 High Bluff Drive, Suite 265<br>San Diego, CA 92130 | <u>Attorney for Movant</u> |

- 2 -